

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2014

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellants

v.

Raymond **DE LEON**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J Hale, Jr., Judge Presiding

## O R D E R

The Appellee's Motion to Dismiss for Lack of Jurisdiction is DENIED.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court